JODI LINKER
Federal Public Defender
Northern District of California
JOYCE LEAVITT
Assistant Federal Public Defender
13th Floor Federal Building - Suite 1350N
1301 Clay Street
Oakland, CA 94612
Telephone:  (510) 637-3500
Cellular telephone:  (415) 517-4879
Email:   Joyce_Leavitt@fd.org

Counsel for Defendant PARRISH

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>IAN PARRISH,<br><br>             Defendant. | Case No.: CR 4:23–MJ–70297 MAG<br><br>STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 23, 2023 |

IT IS HEREBY STIPULATED, by and between the parties to this action that the status hearing for defendant Ian Parrish scheduled for August 22, 2023, before the duty magistrate judge, be continued one day to Wednesday, August 23, 2023, at 10:30 a.m. before the duty magistrate for arraignment on information. The reason for the continuance is as follows: The parties are very close to negotiating a resolution which will result in the waiver of indictment and arraignment on an information but need one additional day to finalize the proposed plea agreement before the information will be filed. The continuance is sought under the Speedy Trial Act. The parties agree

STIP & [PROPOSED] ORDER RE: STATUS TO 8/23/23
*PARRISH*, CR 4:23–MJ–70297 MAG

1

and stipulate that the time until August 23, 2023, should be excluded, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation of counsel because the ends of justice served by the granting of the continuance outweigh the best interests of the public and defendant in a speedy and public trial for the reasons described above.

The parties further stipulate that, with the consent of the defendant, there is good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and for extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO STIPULATED.

Dated: August 21, 2023

JODI LINKER
Federal Public Defender
Northern District of California

/S/
JOYCE LEAVITT
Assistant Federal Public Defender

Dated: August 21, 2023

ISMAIL J. RAMSEY
United States Attorney
Northern District of California

/S/
EVAN M. MATEER
Assistant United States Attorney

STIP & [PROPOSED] ORDER RE: STATUS TO 8/23/23
*PARRISH*, CR 4:23–MJ–70297 MAG

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>IAN PARRISH,<br><br>Defendant. | Case No.: CR 4:23–MJ–70297 MAG<br><br>[~~PROPOSED~~] ORDER TO CONTINUE STATUS CONFERENCE, EXCLUDE TIME, AND EXTEND DEADLINES UNDER THE SPEEDY TRIAL ACT AND FED R. CRIM. P. 5.1 TO AUGUST 23, 2023 |

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status hearing for defendant Ian Parrish, currently scheduled for August 22, 2023, at 10:30 a.m., is continued to August 23, 2023, at 10:30 a.m., before the duty magistrate for arraignment on information and waiver of indictment.

IT IS FURTHER ORDERED that the time until August 23, 2023, is hereby excluded from the Speedy Trial Act, under 18 U.S.C. §3161(H)(7)(A) and (B)(iv), for effective preparation taking into account due diligence as described in the stipulation. The Court finds that the ends of justice served by the granting a continuance outweigh the best interests of the public and defendant in a speedy and public trial. The Court finds good cause for extending the time limits for a preliminary hearing under Federal Rule of Criminal Procedure 5.1 and extending the 30-day time period for an indictment under the Speedy Trial Act for the reasons discussed above. *See* Fed. R. Crim. P. 5.1; 18 U.S.C. § 3161(b).

IT IS SO ORDERED.

Dated: 8/21/23

HON. DONNA M. RYU
Chief United States Magistrate Judge